RECEIVED
FEB 20 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARK JACQUES | CIVIL ACTION 1:17-CV-00523 |
| VERSUS | JUDGE DRELL |
| MEDICAL DEPARTMENT, U.S.P. POLLOCK, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Jacques's Motion for Summary Judgment (Doc. 28) is DENIED; Defendant's Motion for Summary Judgment (Doc. 32) is GRANTED; and Jacques's action is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana on this 19TH day of FEBRUARY 2019.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE